THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ronald Reese, Appellant.
 
 
 

Appeal From Lexington County
  James W. Johnson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-360
 Submitted June 1, 2009  Filed June 24,
2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott; 
 all of Columbia,  and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM: Ronald Reese appeals his guilty plea to distribution
 of marijuana within proximity of a school, distribution of marijuana, and
 possession with intent to distribute cocaine, second offense.  Reese argues the
 trial court erred by accepting his plea because it did not comply with Boykin
 v. Alabama, 395 U.S. 238 (1969). After a thorough review of the record and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
THOMAS and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.